UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOSE MORA,

    Petitioner,

v.      Case No. 5:11-cv-23-Oc-30EAJ

WARDEN, FCC COLEMAN - LOW,

    Respondent.
_____/

**ORDER OF DISMISSAL**

Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). Petitioner claims Respondent is not complying with his doctor's instructions to provide dietary protein supplements. Petitioner's allegations are not consistent with a Petition for the Writ of Habeas Corpus.

"[T]he common-law history of the writ, . . . the essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." Preiser v. Rodriguez, 411 U.S. 475, 484 (1973). The only relief that can be gained in a habeas action is an immediate or speedier release from custody. Therefore, Petitioner's claims are not cognizable under 28 U.S.C. § 2241.

Accordingly, this case is **DISMISSED without prejudice.** The Clerk is directed to terminate any motions and close the file.

**DONE** and **ORDERED** in Tampa, Florida on February 2, 2011.

                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

<u>Copy furnished to:</u>
Petitioner